No. 83–760. IN RE WILCO MARSH BUGGIES & DRAGLINES, INC., ET AL. Petition for writ of mandamus and/or prohibition denied.

No. 83–469. UNITED STATES v. YOUNG. C. A. 10th Cir. Certiorari granted.

No. 83–832. PAULSEN ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari granted.

No. 83–727. ALEXANDER, GOVERNOR OF TENNESSEE, ET AL. v. JENNINGS ET AL. C. A. 6th Cir. Motion of respondent Rosier Jennings for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 83–478. SHAFFER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–552. NABORS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–568. OFFICES KNOWN AS 50 STATE DISTRIBUTING CO., INC. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–608. HOSPITAL DE LA CONCEPCION v. PUERTO RICO LABOR RELATIONS BOARD. Sup. Ct. P. R. Certiorari denied. Reported below: —— P. R. R. ——.

No. 83–631. SPACEFONE CORP. v. JOHNSTON. C. A. 11th Cir. Certiorari denied.

No. 83–632. MONDELLI v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 83–643. ADAMS ET AL. v. BELL, SECRETARY OF EDUCATION, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 83–673. WISDOM v. PIERCE, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL. C. A. 8th Cir. Certiorari denied.